**Order entered November 30, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01161-CV

**JUAN FLORES AND SAYRA FLORES, INDIVIDUALLY AND AS NEXT FRIENDS OF L.F., S.F. AND P.F., MINORS, Appellants**

**V.**

**ONCOR ELECTRIC DELIVERY COMPANY, LLC AND DRU THOMSON, Appellees**

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-06568

### ORDER

As directed to do so, appellants have provided written verification they have requested and made payment arrangements for the reporter's record. Accordingly, we **ORDER** Tenesa Shaw, Official Court Reporter for the 192nd Judicial District Court, to file the reporter's record no later than December 29, 2022.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Shaw and the parties.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE